**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Houston Grant,<br><br>    Movant/Defendant,<br><br>v.<br><br>USA,<br><br>    Respondent/Plaintiff. | CV-16-02057-PHX-JAT<br>CR-06-00526-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation (R&R) of the Magistrate Judge recommending that the Motion to Vacate, Set Aside or Correct Sentence pending in this case be denied. Neither party has filed objections to the R&R.

Because neither party has objected, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Motion to Lift the Stay (Doc. 19) is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. 22) is

accepted, the Motion (Doc. 1) is denied, with prejudice, and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are denied because Movant has not made a substantial showing of the denial of a constitutional right.

Dated this 10th day of September, 2018.

James A. Teilborg
Senior United States District Judge